IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD KINDLE,

    Plaintiff,

v.

KINKAID REEDS CONSERVATION DISTRICT & SCOTT WILMOUTH,

    Defendants.

Case No. 3:24-cv-02703-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on February 27, 2025 (Doc. 9), this action is **DISMISSED with prejudice**.

**DATED: February 27, 2025**

    MONICA A. STUMP,
Clerk of Court

By: s/ *Jackie Muckensturm*
    Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
    STEPHEN P. McGLYNN
    U.S. District Judge